UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40141

_____

BARBARA BRESNAHAN SMEY,

Plaintiff-Appellant/Cross-Appellee,

versus

RUTH ANN SMEY, et al,

Defendants,

RUTH ANN SMEY,

Defendant-Appellee/Cross-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
Civil Docket 4:99-CV 84#

_____

February 7, 2001

Before JONES and DeMOSS, Circuit Judges, and BARZILAY[*], District
Judge.

PER CURIAM:[**]

        The court has carefully considered this appeal in light

of the briefs, oral arguments and pertinent portions of the record.

Having done so, we find no reversible error of law or fact and

---

        [*]     Judge, U.S. Court of International Trade, sitting by designation.

        [**]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

affirm the judgment of the trial court.  See Fifth Circuit Local Rule 47.6.

      **AFFIRMED.**